United States Courts
Southern District of Texas
FILED

MAR 8 2019

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
Guillermo GARCIA-Mendez

**CRIMINAL COMPLAINT**

Case Number: 2:19mj 967

## COUNT ONE

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. Within the Southern District of Texas on or about March 6, 2019, the defendant, Guillermo GARCIA-Mendez, a native and citizen of Guatemala, and an alien who had previously been deported from the United States, unlawfully was present in the United States having been found at or near Kleberg County, Texas, without having obtained consent to reapply for admission into the United States from the Attorney General of the United States or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Section 1326.

## COUNT TWO

On or about March 1, 2019, the defendant, Guillermo GARCIA-Mendez, being an alien to the United States, did knowingly and unlawfully enter the United States at a location within the Southern District of Texas at a time and place other than as designated by immigration officers for the entrance of immigrants into the United States, in violation of Title 8, United States Code, Section 1325.

I further state that I am a United States Border Patrol Agent and that this complaint is based on the following facts: On March 6, 2019, Guillermo GARCIA-Mendez was encountered by Border Patrol Agents in Kleberg County, Texas. Agents determined the defendant was a citizen of Guatemala, unlawfully present within the United States. Record checks revealed the defendant was ordered removed from the United States by a(n) Immigration Judge on May 4, 2010 and was physically removed from the United States on May 20, 2010.

This subject has one prior removal.

At this time, there is no evidence to indicate that the defendant obtained consent to reapply for admission into the United States from the Attorney General of the United States or the Secretary of the Department of Homeland Security. The defendant entered the United States from Mexico at a location within the Southern District of Texas on a date reasonably close to the day the defendant was arrested and at a time and place other than as designated by immigration officers for the entrance of immigrants into the United States.

Submitted by reliable electronic means, sworn to,
signature attested telephonically per Fed.R.Crim.P.4.1,
and probable cause found on:

March 8, 2019 at 1:00pm at
Date

B. Janice Ellington   U.S. Magistrate Judge
Name and Title of Judicial Officer

Brian Carter
Printed Name of Complainant

Corpus Christi, Texas
City and State

Signature of Judicial Officer

U.S. Department of Homeland Security